**Monthly Operating Report**
ACCRUAL BASIS

| CASE NAME: | Taco Bueno Restaurants, Inc. |
|---|---|
| CASE NUMBER: | 18-33678 |
| JUDGE: | Stacey G. C. Jernigan |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

### REGION 6

### MONTHLY OPERATING REPORT

MONTH ENDING: __NOVEMBER*__ __2018__
                          MONTH         YEAR

\* - AS OF PERIOD ENDING DECEMBER 3, 2018.

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS-1 THROUGH ACCRUAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_[signature]_             Chief Restructuring Officer
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY      TITLE

Haywood Miller                  12/21/18
PRINTED NAME OF RESPONSIBLE PARTY         DATE

PREPARER:

                                               Senior Manager of Accounting
ORIGINAL SIGNATURE OF PREPARER            TITLE

Cynthia Bent
PRINTED NAME OF PREPARER                     DATE

**Monthly Operating Report**
ACCRUAL BASIS

| CASE NAME: | Taco Bueno Restaurants, Inc. |
|---|---|
| CASE NUMBER: | 18-33678 |
| JUDGE: | Stacey G. C. Jernigan |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

## REGION 6

## MONTHLY OPERATING REPORT

**MONTH ENDING:** __NOVEMBER*__ __2018__
         MONTH     YEAR

\* - AS OF PERIOD ENDING DECEMBER 3, 2018.

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS-1 THROUGH ACCRUAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_____   Chief Restructuring Officer
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY     TITLE

Haywood Miller
PRINTED NAME OF RESPONSIBLE PARTY        DATE


**PREPARER:**

*/s/ C. Bent*
ORIGINAL SIGNATURE OF PREPARER    Senior Manager of Accounting
                     TITLE

Cynthia Bent            12/21/2018
PRINTED NAME OF PREPARER       DATE

**Monthly Operating Report**
ACCRUAL BASIS-1

| CASE NAME: | Taco Bueno Restaurants, Inc. |
|---|---|
| CASE NUMBER: | 18-33678 |

**COMPARATIVE BALANCE SHEET**

| | | SCHEDULE AMOUNT | NOVEMBER | MONTH | MONTH |
|---|---|---|---|---|---|
| **ASSETS:** | | | | | |
| 1. | UNRESTRICTED CASH | $1,143,814 | $8,902,628 | | |
| 2. | RESTRICTED CASH | $0 | $0 | | |
| 3. | TOTAL CASH | $1,143,814 | $8,902,628 | $0 | $0 |
| 4. | ACCOUNTS RECEIVABLE (NET) | $1,044,547 | $1,210,662 | | |
| 5. | INVENTORY | $1,073,966 | $1,020,595 | | |
| 6. | NOTES RECEIVABLE | $0 | $0 | | |
| 7. | PREPAID EXPENSES | $2,083,171 | $1,608,173 | | |
| 8. | OTHER (ATTACH LIST) Tax Refund AR | $1,937,163 | $470,494 | 470,494 | |
| 9. | TOTAL CURRENT ASSETS | $7,282,661 | $13,212,552 | $470,494 | $0 |
| 10. | PROPERTY, PLANT & EQUIPMENT | | | | |
| 11. | LESS: ACCUMULATED DEPRECIATION/DEPLETION | | | | |
| 12. | NET PROPERTY, PLANT & EQUIPMENT | $33,215,857 | $32,664,686 | $0 | $0 |
| 13. | DUE FROM INSIDERS | $0 | $0 | | |
| 14. | OTHER ASSETS - NET OF AMORTIZATION (ATTACH LIST) | $119,200,512 | $122,172,611 | 122,172,611 | |
| 15. | OTHER (ATTACH LIST) | $1,059,801 | $1,865,055 | 1,865,055 | |
| 16. | **TOTAL ASSETS** | $160,758,831 | $169,914,904 | $124,508,160 | $0 |
| **POSTPETITION LIABILITIES** | | | | | |
| 17. | ACCOUNTS PAYABLE | | $207,178 | | |
| 18. | TAXES PAYABLE | | $1,404,498 | | |
| 19. | NOTES PAYABLE | | $0 | | |
| 20. | PROFESSIONAL FEES | | $1,609,740 | | |
| 21. | SECURED DEBT | | $3,000,000 | | |
| 22. | OTHER (ATTACH LIST) | | $1,340,425 | 1,340,425 | |
| 23. | TOTAL POSTPETITION LIABILITIES | | $7,561,841 | $1,340,425 | $0 |
| **PREPETITION LIABILITIES** | | | | | |
| 24. | SECURED DEBT | $104,922,942 | $128,937,500 | | |
| 25. | PRIORITY DEBT | $3,725,200 | $2,726,615 | | |
| 26. | UNSECURED DEBT | $10,589,724 | $10,708,655 | | |
| 27. | OTHER (ATTACH LIST) | $0 | $47,953,766 | 47,953,766 | |
| 28. | TOTAL PREPETITION LIABILITIES | $119,237,866 | $190,326,536 | $47,953,766 | $0 |
| 29. | **TOTAL LIABILITIES** | $119,237,866 | $197,888,376 | $49,294,191 | $0 |
| **EQUITY** | | | | | |
| 30. | PREPETITION OWNERS' EQUITY | | ($24,883,945) | | |
| 31. | POSTPETITION CUMULATIVE PROFIT OR (LOSS) | | ($3,089,527) | | |
| 32. | DIRECT CHARGES TO EQUITY (ATTACH EXPLANATION) | | $0 | | |
| 33. | TOTAL EQUITY | | ($27,973,472) | $0 | $0 |
| 34. | **TOTAL LIABILITIES & OWNERS' EQUITY** | | $169,914,904 | $49,294,191 | $0 |

**Monthly Operating Report**
**ACCRUAL BASIS-2**

| CASE NAME: | Taco Bueno Restaurants, Inc. |
|---|---|
| CASE NUMBER: | 18-33678 |

| INCOME STATEMENT | NOVEMBER | MONTH | MONTH | MONTH |
|---|---:|---:|---:|---:|
| **REVENUES** | | | | |
| 1. GROSS REVENUES | $9,670,825 | | | |
| 2. LESS: RETURNS & DISCOUNTS | $0 | | | |
| 3. NET REVENUE | $9,670,825 | $0 | $0 | $0 |
| **COST OF GOODS SOLD** | | | | |
| 4. MATERIAL | $2,542,611 | | | |
| 5. DIRECT LABOR | $3,036,819 | | | |
| 6. DIRECT OVERHEAD | $1,576,650 | | | |
| 7. TOTAL COST OF GOODS SOLD | $7,156,080 | $0 | $0 | $0 |
| 8. GROSS PROFIT | $2,514,745 | $0 | $0 | $0 |
| **OPERATING EXPENSES** | | | | |
| 9. OFFICER / INSIDER COMPENSATION | $82,271 | | | |
| 10. SELLING & MARKETING | $559,161 | | | |
| 11. GENERAL & ADMINISTRATIVE | $734,790 | | | |
| 12. RENT & LEASE | $882,521 | | | |
| 13. OTHER (ATTACH LIST) | | | | |
| 14. TOTAL OPERATING EXPENSES | $2,258,743 | $0 | $0 | $0 |
| 15. INCOME BEFORE NON-OPERATING INCOME & EXPENSE | $256,002 | $0 | $0 | $0 |
| **OTHER INCOME & EXPENSES** | | | | |
| 16. NON-OPERATING INCOME (ATTACH LIST) | $0 | | | |
| 17. NON-OPERATING EXPENSE (ATTACH LIST) | $335,466 | | | |
| 18. INTEREST EXPENSE | $789,558 | | | |
| 19. DEPRECIATION / DEPLETION | $662,267 | | | |
| 20. AMORTIZATION | $103,288 | | | |
| 21. OTHER (ATTACH LIST) | ($59,426) | | | |
| 22. NET OTHER INCOME & EXPENSES | $1,831,153 | $0 | $0 | $0 |
| **REORGANIZATION EXPENSES** | | | | |
| 23. PROFESSIONAL FEES | $1,609,740 | | | |
| 24. U.S. TRUSTEE FEES | $0 | | | |
| 25. OTHER (ATTACH LIST) | $0 | | | |
| 26. TOTAL REORGANIZATION EXPENSES | $1,609,740 | $0 | $0 | $0 |
| 27. INCOME TAX | ($95,364) | | | |
| 28. NET PROFIT (LOSS) | ($3,089,527) | $0 | $0 | $0 |

**Monthly Operating Report**
ACCRUAL BASIS-3

| CASE NAME: | Taco Bueno Restaurants, Inc. |
|---|---|
| CASE NUMBER: | 18-33678 |

| CASH RECEIPTS AND DISBURSEMENTS | Taco Bueno Restaurants, LP | Taco Bueno Franchise Company, LP | TB Corp | TB Holdings II Parent, Inc. | Consolidated Total |
|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $807,044 | $0 | $0 | $0 | $807,044 |
| **RECEIPTS FROM OPERATIONS** | | | | | |
| 2. CASH SALES | | | | | $0 |
| **COLLECTION OF ACCOUNTS RECEIVABLE** | | | | | |
| 3. PREPETITION | | | | | $0 |
| 4. POSTPETITION | | | | | $0 |
| 5. TOTAL OPERATING RECEIPTS | $9,787,880 | $160,982 | $0 | $0 | $9,948,863 |
| **NON-OPERATING RECEIPTS** | | | | | |
| 6. LOANS & ADVANCES (ATTACH LIST) | | | | | $0 |
| 7. SALE OF ASSETS | | | | | $0 |
| 8. OTHER (ATTACH LIST) | | | | | $0 |
| 9. TOTAL NON-OPERATING RECEIPTS | $262,932 | $0 | $3,000,000 | $1,572,033 | $4,834,965 |
| 10. TOTAL RECEIPTS | $10,050,812 | $160,982 | $3,000,000 | $1,572,033 | $14,783,827 |
| 11. TOTAL CASH AVAILABLE | $10,857,856 | $160,982 | $3,000,000 | $1,572,033 | $15,590,871 |
| **OPERATING DISBURSEMENTS** | | | | | |
| 12. NET PAYROLL | | | | | $0 |
| 13. PAYROLL TAXES PAID | | | | | $0 |
| 14. SALES, USE & OTHER TAXES PAID | | | | | $0 |
| 15. SECURED / RENTAL / LEASES | | | | | $0 |
| 16. UTILITIES | | | | | $0 |
| 17. INSURANCE | | | | | $0 |
| 18. INVENTORY PURCHASES | | | | | $0 |
| 19. VEHICLE EXPENSES | | | | | $0 |
| 20. TRAVEL | | | | | $0 |
| 21. ENTERTAINMENT | | | | | $0 |
| 22. REPAIRS & MAINTENANCE | | | | | $0 |
| 23. SUPPLIES | | | | | $0 |
| 24. ADVERTISING | | | | | $0 |
| 25. OTHER (ATTACH LIST) | | | | | $0 |
| 26. TOTAL OPERATING DISBURSEMENTS | $6,688,244 | $0 | $0 | $0 | $6,688,244 |
| **REORGANIZATION EXPENSES** | | | | | |
| 27. PROFESSIONAL FEES | | | | | $0 |
| 28. U.S. TRUSTEE FEES | | | | | $0 |
| 29. OTHER (ATTACH LIST) (intercompany transfers) | ($4,733,015) | $160,982 | $3,000,000 | $1,572,033 | $0 |
| 30. TOTAL REORGANIZATION EXPENSES | ($4,733,015) | $160,982 | $3,000,000 | $1,572,033 | $0 |
| 31. TOTAL DISBURSEMENTS | $1,955,228 | $160,982 | $3,000,000 | $1,572,033 | $6,688,244 |
| 32. NET CASH FLOW | $8,095,584 | $0 | $0 | $0 | $8,095,584 |
| 33. CASH - END OF MONTH | $8,902,628 | $0 | $0 | $0 | $8,902,628 |

**Monthly Operating Report**
ACCRUAL BASIS-4

| CASE NAME: | Taco Bueno Restaurants, Inc. |
|---|---|
| CASE NUMBER: | 18-33678 |

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | NOVEMBER | MONTH | MONTH |
|---|---|---|---|---|
| 1. 0-30 | $1,044,547 | $1,210,662 | | |
| 2. 31-60 | $0 | $0 | | |
| 3. 61-90 | $0 | $0 | | |
| 4. 91+ | $0 | $0 | | |
| 5. TOTAL ACCOUNTS RECEIVABLE | $1,044,547 | $1,210,662 | $0 | $0 |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | | | |
| 7. ACCOUNTS RECEIVABLE (NET) | $1,044,547 | $1,210,662 | $0 | $0 |

AGING OF POSTPETITION TAXES AND PAYABLES    MONTH: NOVEMBER* 2018

| TAXES PAYABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | TOTAL |
|---|---|---|---|---|---|
| 1. FEDERAL | $0 | $0 | $0 | $0 | $0 |
| 2. STATE | $10,000 | $0 | $0 | $0 | $10,000 |
| 3. LOCAL | $0 | $0 | $0 | $0 | $0 |
| 4. OTHER (ATTACH LIST) | $1,404,498 | $0 | $0 | $0 | $1,404,498 |
| 5. TOTAL TAXES PAYABLE | $1,414,498 | $0 | $0 | $0 | $1,414,498 |
| 6. ACCOUNTS PAYABLE | $207,178 | | | | $207,178 |

STATUS OF POSTPETITION TAXES    MONTH: NOVEMBER* 2018

| FEDERAL | BEGINNING TAX LIABILITY | AMOUNT WITHHELD AND/OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| 1. WITHHOLDING | $0 | $233,421 | $116,497 | $116,923 |
| 2. FICA-EMPLOYEE | $0 | $237,618 | $119,176 | $118,442 |
| 3. FICA-EMPLOYER | $0 | $236,826 | $118,782 | $118,044 |
| 4. UNEMPLOYMENT | $0 | $3,499 | $1,793 | $1,706 |
| 5. INCOME | $0 | $0 | $0 | $0 |
| 6. OTHER (ATTACH LIST) | $0 | $0 | $0 | $0 |
| 7. TOTAL FEDERAL TAXES | $0 | $711,364 | $356,248 | $355,116 |
| STATE AND LOCAL | | | | |
| 8. WITHHOLDING | $0 | $23,634 | $12,380 | $11,254 |
| 9. SALES | $903,242 | $787,545 | $903,242 | $787,545 |
| 10. EXCISE | $0 | $0 | $0 | $0 |
| 11. UNEMPLOYMENT | $0 | $7,985 | $4,116 | $3,869 |
| 12. REAL PROPERTY | $2,372,155 | $205,941 | $0 | $2,578,096 |
| 13. PERSONAL PROPERTY | $354,460 | $30,773 | $0 | $385,233 |
| 14. OTHER (ATTACH LIST) | $0 | $10,000 | $0 | $10,000 |
| 15. TOTAL STATE & LOCAL | $3,629,857 | $1,065,878 | $919,738 | $3,775,996 |
| 16. TOTAL TAXES | $3,629,857 | $1,777,242 | $1,275,986 | $4,131,112 |

**Monthly Operating Report**
ACCRUAL BASIS-5

| CASE NAME: | Taco Bueno Restaurants, Inc. |
|---|---|
| CASE NUMBER: | 18-33678 |

MONTH: NOVEMBER* 2018

| BANK RECONCILIATIONS | Account #1 | Account #2 | Account #3 | |
|---|---|---|---|---|
| A. BANK: | Various | | | |
| B. ACCOUNT NUMBER: | Various | | | TOTAL |
| C. PURPOSE (TYPE): | Various | | | |
| 1. BALANCE PER BANK STATEMENT | $9,025,709 | | | $9,025,709 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | $532,202 | | | $532,202 |
| 3. SUBTRACT: OUTSTANDING CHECKS | $801,623 | | | $801,623 |
| 4. OTHER RECONCILING ITEMS | | | | $0 |
| 5. MONTH END BALANCE PER BOOKS | $8,756,288 | $0 | $0 | $8,756,288 |
| 6. NUMBER OF LAST CHECK WRITTEN | 500064 | | | |

| INVESTMENT ACCOUNTS | | | | |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. None | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. TOTAL INVESTMENTS | | | $0 | $0 |

| CASH | |
|---|---|
| 12. CURRENCY ON HAND | $146,340 |
| 13. **TOTAL CASH - END OF MONTH** | $8,902,628 |

**Monthly Operating Report**
ACCRUAL BASIS-6

| CASE NAME: | Taco Bueno Restaurants, Inc. |
|---|---|
| CASE NUMBER: | 18-33678 |

MONTH: NOVEMBER* 2018

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

### INSIDERS

| | NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|---|---|---|---|---|
| 1. | Omar Janju | wages | $43,046 | 43,046 |
| 2. | Philip Parsons | wages | $25,340 | 25,340 |
| 3. | Brian Goecker | wages | $13,885 | 13,885 |
| 4. | Philip Parsons | expense reimbursements | $140 | 140 |
| 5. | TOTAL PAYMENTS TO INSIDERS | | $82,412 | $82,412 |

### PROFESSIONALS

| | NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID |
|---|---|---|---|---|---|---|
| 1. | None | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | TOTAL PAYMENTS TO PROFESSIONALS | | | $0 | $0 | $0 |

**POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS**

| | NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|---|
| 1 | BDC PROPERTIES/CONSTRUCTION INC/KATHY BOLEY, LLC | $2,662 | $2,662 | $0 |
| 2 | KAHALA PROPERTIES LTD | $3,317 | $3,317 | $0 |
| 3 | BARBRE GROUP INVESTMENTS | $3,443 | $3,443 | $0 |
| 4 | HELLER- LUDMEYER | $6,050 | $6,050 | $0 |
| 5 | KENNETH L MUSGRAVE TRUSTEE (BIXBY HOLDINGS, LP) | $5,000 | $5,000 | $0 |
| 6 | NEW CENTRAL FOREST S/C PARTNERS | $5,404 | $5,404 | $0 |
| 7 | 6429 MCCART ASSOCIATES | $4,965 | $4,965 | $0 |
| 8 | IAGM REIT I, LLC | $3,516 | $3,516 | $0 |
| 9 | PARK LANE SHOPPING CTR | $4,000 | $4,000 | $0 |
| 10 | BILL STUBBS & CO | $2,970 | $2,970 | $0 |
| 11 | LISA M ERDBERG | $1,130 | $1,130 | $0 |
| 12 | LJ SEGELL, LLC | $2,260 | $2,260 | $0 |
| 13 | PHILIP ERDBERG | $1,130 | $1,130 | $0 |
| 14 | JEFF SEGELL | $825 | $825 | $0 |
| 15 | LJ SEGELL, LLC | $1,650 | $1,650 | $0 |
| 16 | SCOTT SEGELL | $825 | $825 | $0 |
| 17 | MARION GOOD ADDITION, LLC | $3,300 | $3,300 | $0 |
| 18 | FRANK C ROBSON PROPERTIES | $4,000 | $4,000 | $0 |
| 19 | JEFFNAN USA | $3,248 | $3,248 | $0 |
| 20 | EDCAT, LLC (HARMON E SISSON) | $3,625 | $3,625 | $0 |
| 21 | ADAMS ROAD, L.L.C. | $3,500 | $3,500 | $0 |
| 22 | SPARTAN 98 LP | $4,875 | $4,875 | $0 |
| 23 | LILAH B. MARSHALL | $5,000 | $5,000 | $0 |
| 24 | LONGVIEW REALTY | $3,067 | $3,067 | $0 |
| 25 | JAHCO VIRGINIA SQUARE LP | $2,933 | $2,933 | $0 |
| 26 | JAHCO VIRGINIA SQUARE LP | $668 | $668 | $0 |
| 27 | INTERRANTE INTERESTS, LTD | $9,456 | $9,456 | $0 |
| 28 | NAY INVESTMENTS, LLC | $3,479 | $3,479 | $0 |
| 29 | TERRI S. BIGNELL TRUS | $2,334 | $2,334 | $0 |
| 30 | LESLIE S. WRIGHT LIVING TRUST | $2,334 | $2,334 | $0 |
| 31 | THE RENT SHOP OF TEXAS/LIBERTY BANK | $3,833 | $3,833 | $0 |
| 32 | JACK & RACHEL GINDI c/o BAG INV | $2,218 | $2,218 | $0 |
| 33 | ABRASBA FOUNDATION c/o BAG INV | $2,218 | $2,218 | $0 |
| 34 | 609 WHITE HILLS, LTD. | $4,583 | $4,583 | $0 |
| 35 | AMERICAN SOUTHWEST PROPERTIES | $4,400 | $4,400 | $0 |
| 36 | HP HWY 360, LTD | $5,000 | $5,000 | $0 |
| 37 | WILLIAM PERGUIDI | $4,100 | $4,100 | $0 |
| 38 | MARCIA PERGUIDI | $4,100 | $4,100 | $0 |
| 39 | KUALOA PARTNERS II, LLC | $6,744 | $6,744 | $0 |
| 40 | ARC CAFEUSA001, LLC | $6,570 | $6,570 | $0 |
| 41 | ARC CAFEUSA001, LLC | $8,309 | $8,309 | $0 |
| 42 | LEISY BREWING COMPANY | $9,932 | $9,932 | $0 |
| 43 | ARC CAFEUSA001, LLC | $6,742 | $6,742 | $0 |
| 44 | ARC CAFEUSA001, LLC | $5,972 | $5,972 | $0 |
| 45 | ROSEBRIAR/ CARUTH HAVEN LP | $12,167 | $12,167 | $0 |

| # | Name | | | |
|---|---|---|---|---|
| 46 | W-LD LEGENDS OWNER VII LLC | $11,092 | $11,092 | $0 |
| 47 | W-LD LEGENDS OWNER VII LLC | $395 | $395 | $0 |
| 48 | TIERRA DE ORO, LLC | $6,471 | $6,471 | $0 |
| 49 | NORTH STAR INVESTMENT | $8,216 | $8,216 | $0 |
| 50 | REUNION, LLC. | $10,542 | $10,542 | $0 |
| 51 | BRIAND INVESTMENTS, LLC | $7,974 | $7,974 | $0 |
| 52 | JAREEN E SCHMIDT FAMILY TWO, LTD | $9,946 | $9,946 | $0 |
| 53 | VERA CRUZ PROPERTIES, LP | $7,000 | $7,000 | $0 |
| 54 | SLAUGHTER CROSSING / DBA Round Rock Ranch | $727 | $727 | $0 |
| 55 | ROSEBRIAR PROSPER PLAZA, LP | $9,538 | $9,538 | $0 |
| 56 | BROKEN ARROW PLAZA ASSOCIATES LLC | $3,563 | $3,563 | $0 |
| 57 | BROKEN ARROW PLAZA ASSOCIATES LLC | $314 | $314 | $0 |
| 58 | BROKEN ARROW PLAZA ASSOCIATES LLC | $50 | $50 | $0 |
| 59 | BROKEN ARROW PLAZA ASSOCIATES LLC | $213 | $213 | $0 |
| 60 | BRADLEY INVESTORS | $8,820 | $8,820 | $0 |
| 61 | NATIONAL RETAIL PROPERTIES, LP | $6,575 | $6,575 | $0 |
| 62 | NATIONAL RETAIL PROPERTIES, LP | $9,742 | $9,742 | $0 |
| 63 | WILLIAM J SCHULTE JR. | $2,537 | $2,537 | $0 |
| 64 | WILLIAM J SCHULTE JR. | $6,710 | $6,710 | $0 |
| 65 | WILLIAM J SCHULTE JR. | $2,682 | $2,682 | $0 |
| 66 | NATIONAL RETAIL PROPERTIES, LP | $6,494 | $6,494 | $0 |
| 67 | SENECA PARTNERS | $6,667 | $6,667 | $0 |
| 68 | LARRY AND SHIRLEY NAGLE | $3,647 | $3,647 | $0 |
| 69 | LARRY AND SHIRLEY NAGLE | $5,719 | $5,719 | $0 |
| 70 | LARRY AND SHIRLEY NAGLE | $3,051 | $3,051 | $0 |
| 71 | WENTWOOD MANAGEMENT | $600 | $600 | $0 |
| 72 | WENTWOOD MANAGEMENT | $600 | $600 | $0 |
| 73 | LEHIGH HANSON | $38,985 | $38,985 | $0 |
| 74 | LEHIGH HANSON | $1,600 | $1,600 | $0 |
| 75 | LEHIGH HANSON | $3,000 | $3,000 | $0 |
| 76 | LEHIGH HANSON | $2,400 | $2,400 | $0 |
| 77 | Midland/Spirit (TABU I) | $215,877 | $215,877 | $0 |
| 78 | TABU II (Sterling National) (US Realty) | $164,425 | $164,425 | $0 |
| 79 | TABU III (Sterling National) (US Realty) | $89,158 | $89,158 | $0 |
| 80 | TABU IV (Sterling National) (Kamin Realty) | $107,738 | $107,738 | $0 |
| 81 | Spirit ML | $7,747 | $7,747 | $0 |
| 82 | Spirit ML | $7,824 | $7,824 | $0 |
| 83 | Spirit ML | $7,824 | $7,824 | $0 |
| 84 | NICHOLAS V DUNCAN | $4,813 | $0 | $4,813 |
| 85 | PLACE 38 LAWTON, LLC | $1,419 | $0 | $1,419 |
| 86 | TSCA-23O LLC | $2,548 | $0 | $2,548 |
| 87 | FRANK PASQUALETTI OR PATRICIA PASQUALETTI | $8,224 | $0 | $8,224 |
| 88 | ALYATIM MANAGEMENT GROUP | $6,651 | $0 | $6,651 |
| 89 | Individual | $8,100 | $0 | $8,100 |
| 90 | RICHARD JERNIGAN | $6,651 | $0 | $6,651 |
| 91 | ARC CAFEUSA001, LLC | $6,957 | $0 | $6,957 |
| 92 | SUNSET HOLDINGS | $6,343 | $0 | $6,343 |
| 93 | COAST MORTGAGE CORP & INTERNAT'L LOAN & MORTGAG | $8,571 | $0 | $8,571 |
| 94 | STAR LUMBER & SUPPLY CO | $9,000 | $0 | $9,000 |
| 95 | RITA NEVILLE LANDWEHR | $6,854 | $0 | $6,854 |
| 96 | MJJS, LLC | $8,369 | $0 | $8,369 |
| 97 | HAROLD & JOAN VALCESCHINI REVOCABLE TRUST | $9,075 | $0 | $9,075 |
| 98 | ARC CAFEUSA001, LLC | $6,067 | $0 | $6,067 |
| 99 | ARC CAFEHLD001, LLC | $6,742 | $0 | $6,742 |
| ## | ARC CAFEHLD001, LLC | $6,143 | $0 | $6,143 |
| ## | PHILIP YUTAN AND GEOK WA YUTAN 1975 TRUST | $2,846 | $0 | $2,846 |
| ## | CHRISSCOTT, LP | $8,722 | $0 | $8,722 |
| ## | 13546 SOUTH BLACKBOB LLC | $11,499 | $0 | $11,499 |
| ## | MONTGOMERY CROSSING, LLC | $10,083 | $0 | $10,083 |
| ## | MANUEL V. GUERRERO OR NORA B. GUERRERO | $8,067 | $0 | $8,067 |
| ## | COIT/LEGACY LIMITED PARTNERSHIP | $3,245 | $0 | $3,245 |
| ## | CHYMIAK INVESTMENTS KS, LLC | $9,478 | $0 | $9,478 |
| ## | DANIEL JOSEPH BREIHAN and ANDREW CRAIG BREIHAN | $10,083 | $0 | $10,083 |
| ## | HISER LAND LLC | $8,917 | $0 | $8,917 |
| ## | Harvard Petroleum Company, LLC | $9,875 | $0 | $9,875 |
| ## | NATIONAL RETAIL PROPERTIES, LP | $3,570 | $0 | $3,570 |
| ## | Thomas Goodner Estate and Fallis A. Beall d/b/a Elk Plaza Shopping C | $1,935 | $0 | $1,935 |
| ## | Weber Vista, L.P. | $4,032 | $0 | $4,032 |
| ## | American Electric Power - Adequate Assurance payment | $79,330 | $79,330 | $0 |
| ## | Bank of America - Secured note payment | $753,427 | $0 | $753,427 |
| ## | TOTAL | $2,011,950 | $1,053,645 | $958,305 |

**Monthly Operating Report**
**ACCRUAL BASIS-7**

| CASE NAME: | Taco Bueno Restaurants, Inc. |
|---|---|
| CASE NUMBER: | 18-33678 |

MONTH: NOVEMBER* 2018

### QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | X | |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | X | |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | X | |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

4. - See attached schedule for payments made on prepetition liabilities this reporting period.
5. - $3M DIP loan received from Sun Holdings on 11/8/2018.
11. - See attached schedule for prepetition taxes paid during this reporting period.

### INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.
No changes to type of policies since the first day motions.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| CBrLB, Property, UMB | AFCO Financing | 7/1/2018-6/30/2019 | $60,961.00 monthly |
| WorkersComp, GL | WILLIS Financing | 7/1/2018-6/30/2019 | $37,467.00 monthly |
| | | | |
| | | | |
| | | | |

**CASE NAME**      TACO BUENO RESTAURANTS, INC
**CASE NUMBER**      18-33678

| *SUPPORTING SCHEDULE*<br>*LINE 8 - OTHER CURRENT ASSETS* | *SCHEDULE AMOUNT* | *NOVEMBER* |
|---|---:|---:|
| INCOME TAX RECEIVABLE | $ 1,937,163 | $ 540,098 |
| INCOME TAX PAYABLE | | (79,604) |
| TX FRANCHISE TAX ESTIMATE | | 10,000 |
|    TOTAL OTHER CURRENT ASSETS | $ 1,937,163 | $ 470,494 |

| *SUPPORTING SCHEDULE*<br>*LINE 14 - OTHER ASSETS - NET OF AMORTIZATION* | *SCHEDULE AMOUNT* | *NOVEMBER* |
|---|---:|---:|
| CAPITAL LEASES | | $ 3,631,789 |
| A/D - CAPITAL LEASES | | (446,613) |
| TRADEMARKS AND TRADE NAMES | 47,900,000 | 47,900,000 |
| FAVORABLE LEASE TERMS | 16,827,703 | 16,827,703 |
| ACCUM AMORT-FAVORABLE LEASE TERMS | (3,038,994) | (3,104,100) |
| CUSTOMER LIST | 5,000,000 | 5,000,000 |
| AMORT - CUSTOMER LIST | (3,706,104) | (3,842,273) |
| GOODWILL | 55,320,512 | 55,320,512 |
| FRANCHISE AGREEMENT | 1,400,000 | 1,400,000 |
| AMORT - FRANCHISE AGREEMENT | (502,605) | (514,407) |
|    TOTAL OTHER ASSETS - NET OF AMORTIZATION | $ 119,200,512 | $ 122,172,611 |

| *SUPPORTING SCHEDULE*<br>*LINE 15 - OTHER ASSETS* | *SCHEDULE AMOUNT* | *NOVEMBER* |
|---|---:|---:|
| DEFERRED FINANCING COST | | $ 230,520 |
| DEPOSITS | 1,059,801 | 1,152,187 |
| DEFERRED CHARGES - FRANCHISES | | 15,000 |
| LEASE INDUCEMENT FEE (NET) | | 255,049 |
| PREPAID RENT - SALE/LEASEBACK | | 212,300 |
|    TOTAL OTHER ASSETS | $ 1,059,801 | $ 1,865,055 |

| *SUPPORTING SCHEDULE*<br>*LINE 22 - OTHER POST PETITION LIABILITIES* | *SCHEDULE AMOUNT* | *NOVEMBER* |
|---|---:|---:|
| DEFERRED REVENUE | | $ 10,554 |
| ADVERTISING ACCRUAL | | (282,495) |
| ACCRUED GEN. INS. & WORKERS COMP. | | (75,991) |
| ACCRUED EXPENSES OTHER | | 60,076 |
| ACCRUED FRANCHISE AD FUND FEES | | 142 |
| ACCRUED BANK CHARGES | | (7,017) |
| ACCRUED PERCENTAGE RENT | | 6,228 |
| ACCRUED INTEREST PAYABLE | | 666,541 |
| UNEARNED REBATE | | - |
| UNEARNED FRANCHISE FEES | | - |
| UNCLAIMED PROPERTY | | (441) |
| STORE CLOSURE LIABILITY - CURRENT | | - |
| CAPITAL LEASE OBLIGATION, CURRENT | | (5,281) |
| ACCRUED INCENTIVE EXPENSE - OPERATIONS | | (54,293) |
| ACCRUED INCENTIVE EXPENSE - CORPORATE | | - |
| PAYROLL GARNISHMENTS W/H | | - |

| | |
|---|---:|
| PAYROLL SHOES DEDUCTION | (1,300) |
| BUENO FAMILY FUND W/H | (6) |
| ACCRUED VACATION | 12,998 |
| ACCRUED SEVERANCE | - |
| HEALTH INSURANCE ACCRUALS | 267,646 |
| HEALTH INSURANCE PAYMENTS | (351,384) |
| SHORT TERM DISABILITY ACCRUALS | 2,368 |
| 401K ACCRUALS | 6,918 |
| 401K EMPLOYEE LOAN W/H | (3,552) |
| DEFERRED LOAN COSTS, NON-CURRENT | 47,307 |
| DEFERRED RENT LIABILITY | 12,169 |
| CAPITAL LEASE OBLIGATION, NON-CURRENT | (12,429) |
| STORE CLOSURE LIABILITY - NON-CURRENT | - |
| DEEMED LANDLORD LIABILITY | (31,101) |
| DEFERRED TAX LIABILITY | (205,658) |
| UNFAVORABLE LEASE TERMS | - |
| AMORT -UNFAVORABLE LEASE TERMS | (37,240) |
| DEFERRED GAIN | (1,246) |
| DUE TO/DUE FROM | - |
| UNEARNED FRANCHISE FEES | - |
| ACCRUED PAYROLL | 1,687,153 |
| LESS TAXES | (370,239) |
|     TOTAL OTHER POST PETITION LIABILITIES | $ 1,340,425 |

| *SUPPORTING SCHEDULE* | *SCHEDULE* | |
|---|---:|---:|
| *LINE 27 - OTHER PREPETITION  LIABILITIES* | *AMOUNT* | *NOVEMBER* |
| OTHER ACCRUED EXPENSES: | | |
| DEFERRED REVENUE | | $ 169,166 |
| ADVERTISING ACCRUAL | | (255,955) |
| ACCRUED GEN. INS. & WORKERS COMP. | | 1,788,674 |
| ACCRUED EXPENSES OTHER | | 740,829 |
| ACCRUED FRANCHISE AD FUND FEES | | 497,965 |
| ACCRUED BANK CHARGES | | 45,049 |
| ACCRUED PERCENTAGE RENT | | 75,385 |
| ACCRUED INTEREST PAYABLE | | 1,611,621 |
| UNEARNED REBATE | | 294,242 |
| UNEARNED FRANCHISE FEES | | 50,000 |
| UNCLAIMED PROPERTY | | (0) |
| STORE CLOSURE LIABILITY - CURRENT | | 1,595,578 |
| CAPITAL LEASE OBLIGATION, CURRENT | | 158,341 |
| | | |
| ACCRUED PAYROLL: | | |
| ACCRUED INCENTIVE EXPENSE - OPERATIONS | | 87,271 |
| ACCRUED INCENTIVE EXPENSE - CORPORATE | | 505,380 |
| PAYROLL GARNISHMENTS W/H | | 5 |
| PAYROLL SHOES DEDUCTION | | (10,855) |
| BUENO FAMILY FUND W/H | | 416 |
| ACCRUED VACATION | | 74,894 |
| ACCRUED SEVERANCE | | 29,800 |
| HEALTH INSURANCE ACCRUALS | | 3,294,452 |
| HEALTH INSURANCE PAYMENTS | | (2,836,202) |
| SHORT TERM DISABILITY ACCRUALS | | 92,756 |
| 401K ACCRUALS | | 10,062 |
| 401K EMPLOYEE LOAN W/H | | 3,530 |

DEFERRED LIABILITIES:

| | |
|---|---:|
| DEFERRED LOAN COSTS, NON-CURRENT | (1,301,011) |
| DEFERRED RENT LIABILITY | 2,389,256 |
| CAPITAL LEASE OBLIGATION, NON-CURRENT | 3,098,065 |
| STORE CLOSURE LIABILITY - NON-CURRENT | 5,762,799 |
| DEEMED LANDLORD LIABILITY | 9,365,147 |
| DEFERRED TAX LIABILITY | 13,485,506 |
| UNFAVORABLE LEASE TERMS | 8,324,078 |
| AMORT -UNFAVORABLE LEASE TERMS | (1,442,538) |
| DEFERRED GAIN | 45,061 |
| DUE TO/DUE FROM | 1 |
| UNEARNED FRANCHISE FEES | 205,000 |
| TOTAL OTHER PREPETITION LIABILITIES | $ 47,953,766 |

**CASE NAME**                  **TACO BUENO RESTAURANTS, INC**
**CASE NUMBER**           **18-33678**

*SUPPORTING SCHEDULE*
*LINE 17 - NON-OPERATING EXPENSE*

| | NOVEMBER |
|---|---:|
| MISC NON-OPERATING EXPENSES | $ 1,437 |
| CLOSED STORE EXPENSE - CASH | 334,029 |
| | $ 335,466 |

*SUPPORTING SCHEDULE*
*LINE 25 - OTHER EXPENSES*

| | NOVEMBER |
|---|---:|
| TB SALE COSTS | $ 16,400 |
| NON-CASH RENT | (74,581) |
| GAIN/(LOSS) ON ASSETS | (1,246) |
| | $ (59,427) |

**CASE NAME**            TACO BUENO RESTAURANTS, INC
**CASE NUMBER**            18-33678

*SUPPORTING SCHEDULE*
*LINE 4 - OTHER TAXES PAYABLE*
**AGING OF POSTPETITION TAXES AND PAYABLES**     **0-30 DAYS**

| | |
|---|---:|
| ACCRUED PROPERTY TAXES | $ 236,714 |
| SALES TAX PAYABLE-OK | 223,283 |
| SALES TAX PAYABLE-TX | 546,525 |
| SALES TAX PAYABLE - KS | 17,496 |
| SALES TAX PAYABLE - MO | 208 |
| SALES TAX PAYABLE - CO | 33 |
| PAYROLL TAXES | 370,239 |
| ESTIMATED FRANCHISE TAX | 10,000 |
| | $ 1,404,497 |

*SUPPORTING SCHEDULE*
*LINE 14 - STATE AND LOCAL - OTHER*     *NOVEMBER*

| | |
|---|---:|
| TX FRANCHISE TAX ESTIMATE | $ 10,000 |