# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 18-33678** |
| | § | |
| **TACO BUENO RESTAURANTS, INC.,** | § | **(Chapter 11)** |
| | § | |
| *et al.*, | § | **(Jointly Administered)** |
| | § | |
| **Debtors.**[1] | § | |

### NOTICE OF (I) ENTRY OF ORDER CONFIRMING
### THE DEBTORS' JOINT PREPACKAGED CHAPTER 11 PLAN
### OF REORGANIZATION AND (II) OCCURRENCE OF THE EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on December 19, 2018, the Honorable Stacey G. C. Jernigan, United States Bankruptcy Judge for the United States Bankruptcy Court for the Northern District of Texas (the "***Court***"), entered the order [Docket No. 242] (the "***Confirmation Order***") confirming the *Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 21] (as amended on December 18, 2018 [Docket No. 219] and as further amended, modified, or supplemented, the "***Plan***") and approving the *Disclosure Statement for the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 22].[2]

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on **December 31, 2018**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order and the Plan, as well as other documents filed in the Chapter 11 Cases can be found on the docket of the Chapter 11 Cases and can also be downloaded free of charge from the website of the Debtors' noticing and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/tacobueno.

**PLEASE TAKE FURTHER NOTICE** that the Court has approved certain discharge, release, exculpation, injunction, and related provisions in Article VIII of the Plan.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: CBI Restaurants, Inc. (3490); Taco Bueno Equipment Company (0677); Taco Bueno Franchise Company L.P. (2397); Taco Bueno Restaurants, Inc. (8214); Taco Bueno Restaurants L.P. (6189); Taco Bueno West, Inc. (6200); TB Corp. (8535); TB Holdings II, Inc. (7703); TB Holdings II Parent, Inc. (3347); and TB Kansas LLC (6158). The location of the Debtors' corporate headquarters and the Debtors' service address is: 300 East John Carpenter Freeway, Suite 800, Irving, Texas 75062.

[2] Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan and the Confirmation Order.

US 6018356

**PLEASE TAKE FURTHER NOTICE** that the Plan and Confirmation Order, and the provisions thereof, are binding on the Debtors, the Reorganized Debtors, any holder of a Claim against or Interest in the Debtors and such holder's respective successors, assigns, and designees, whether or not the Claim or Interest of such holder is impaired under the Plan and whether or not such holder voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan and the Confirmation Order, the deadline for filing requests for payment of Administrative Claims shall be **Monday, January 31, 2019** and the deadline for filing requests for payment of Professional Fee Claims shall be **Thursday, February 14, 2019**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Confirmation Order, the Court has approved the global settlement set forth in the Plan by and among the Debtors, the Committee, TPG Growth III Management, LLC and its affiliates, certain members of the Debtors' management team party to Consulting Agreements with the Reorganized Debtors, and Taco Supremo (the "*Global Settlement*"). Pursuant to the Confirmation Order, the Opt-In Notice and the Opt-In Procedures attached as **Exhibits G** and **H**, respectively, to the Plan Supplement will be served upon the Debtors' known holders of General Unsecured Claims within three (3) Business Days following the Effective Date. The deadline for holders of asserted General Unsecured Claims who elect to participate in the Global Settlement must submit their Opt-In Form (as defined in the Opt-In Notice), and, if applicable, a Proof of Claim form, so as to be actually received by Prime Clerk LLC on or before **February 14, 2019, at 4:00 p.m., prevailing Central Time**.

**PLEASE TAKE FURTHER NOTICE** that from and after this date, if you wish to receive notice of filings in this case, you must request such notice with the clerk of the Court and serve a copy of such request for notice on counsel to the Reorganized Debtors, listed below. You must do this even if you filed such a notice prior to the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

Dated: January 2, 2019
Dallas, Texas

        **VINSON & ELKINS LLP**

        */s/ Paul E. Heath*

        Paul E. Heath (TX 09355050)
        Garrick C. Smith (TX 24088435)
        Trammell Crow Center
        2001 Ross Avenue, Suite 3900
        Dallas, TX 75201
        Tel: 214.220.7700
        Fax: 214.999.7787
        pheath@velaw.com; gsmith@velaw.com;

        - and -

        David S. Meyer (admitted *pro hac vice*)
        Jessica C. Peet (admitted *pro hac vice*)
        666 Fifth Avenue, 26th Floor
        New York, NY 10103-0040
        Tel: 212.237.0000
        Fax: 212.237.0100
        dmeyer@velaw.com; jpeet@velaw.com

        **COUNSEL FOR THE DEBTORS**

## **CERTIFICATE OF SERVICE**

   I certify that on January 2, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

          */s/ Paul E. Heath*

         One of Counsel