Mark H. Ralston
State Bar No. 16489460
Fishman Jackson Ronquillo PLLC
Three Galleria Tower
13155 Noel Road, Suite 700
Dallas, TX 75240
Telephone: (972) 419-5544
Facsimile: (972) 419-5500
E-mail: mralston@fjrpllc.com

Counsel for Province, Inc.,
Plan Administrator

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO 18-33678** |
| | § | |
| **TACO BUENO RESTAURANTS,** | § | **Chapter 11** |
| **INC., et al.,** | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |
| | § | |

**PLAN ADMINISTRATOR'S MOTION TO APPROVE**
**CLAIMS REPORT AND RELATED DISTRIBUTIONS**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION
UNLESS A WRITTEN RESPONSE IS FILED WITH THE
CLERK OF THE UNITED STATES BANKRUPTCY COURT
AT 1100 COMMERCE STREET, DALLAS, TEXAS 75201
PRIOR TO THE CLOSE OF BUSINESS ON DECEMBER 9,
2019, WHICH IS 21 DAYS FROM THE DATE OF SERVICE
HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED
WITH THE CLERK AND A COPY MUST BE SERVED
UPON COUNSEL FOR THE PLAN ADMINISTRATOR
PRIOR TO THE DATE SET FORTH HEREIN. IF A**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: CBI Restaurants, Inc. (3490); Taco Bueno Equipment Company (0677); Taco Bueno Franchise Company L.P. (2397); Taco Bueno Restaurants, Inc. (8214); Taco Bueno Restaurants L.P. (6189); Taco Bueno West, Inc. (6200); TB Corp. (8535); TB Holdings II, Inc. (7703); TB Holdings II Parent, Inc. (3347); and TB Kansas LLC (6158).

**RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY.**

**IF NO HEARING ON THIS MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED HEREIN SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING SUCH RELIEF.**

**TO THE HONORABLE JUDGE STACEY G.C. JERNIGAN, UNITED STATES BANKRUPTCY JUDGE:**

Province, Inc., in its capacity as Plan Administrator (the "**Plan Administrator**"), moves for the entry of an order approving and authorizing distributions to creditors based on its final claims reconciliation report attached hereto as Exhibit "A" (the "**Claims Report**"). In support of the relief requested, the Plan Administrator would show as follows:

## SUMMARY

1. The Plan Administrator is responsible for reconciling and resolving claims held by creditors that timely elected to participate in distributions from the "GUC Cash Pool", and for making distributions from the GUC Cash Pool on account of the allowed amounts of those claims (as further defined below, the "**Opt-In Claims**"). The Plan Administrator has completed the claims reconciliation and resolution process. In an abundance of caution, the Plan Administrator seeks (a) approval of the Claims Report, which reflects (among other things) the Plan Administrator's determination of the correct allowed amounts of all Opt-In Claims, and (b) authority to make distributions from the GUC Cash Pool in accordance with the Claims Report.

## JURISDICATION

2. This Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief requested herein are sections 105(a) and 502 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

## BACKGROUND

4.      On November 8, 2018, Taco Bueno Restaurants, Inc., and its affiliates (collectively, the "**Debtors**") filed for voluntarily relief under Chapter 11, thereby initiating the above-styled and numbered jointly administered Chapter 11 bankruptcy cases before this Court (collectively, the "**Bankruptcy Cases**").

5.      On December 18, 2018, the Debtors filed their *Amended Joint Prepackaged Chapter 11 Plan of Reorganization* [Doc 219] (as supplemented by subsequent filings, the "**Plan**").[2]

6.      On December 20, 2018, this Court entered its *Findings of Fact, Conclusions of Law, and Order (I) Approving the Debtors' Disclosure Statement and (II) Confirming the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization* [Doc 242] (the "**Confirmation Order**"), confirming the Plan.  (The Plan, as modified and confirmed, is referred to as the "**Confirmed Plan**".)

7.      The Confirmed Plan provides, among other things, as follows:

    a.      No later than two (2) business days prior to the Effective Date, the Debtors shall fund the sum of $900,000.00 to establish the GUC Cash Pool.[3]

    b.      To participate in distributions from the GUC Cash Pool, holders of Allowed General Unsecured Claims are required to affirmatively agree to certain releases as provided in the Opt-In Procedures.[4]

---

[2] Capitalized terms used but not otherwise defined herein shall have the same meaning ascribed to these terms in the Plan.

[3] *See* Plan at Art. IV.O.

c.    Upon the Effective Date, a Plan Administrator shall be engaged to undertake various responsibilities, including reconciling General Unsecured Claims, objecting to Disputed Claims, and making distributions on account of Allowed General Unsecured Claims from the GUC Cash Pool.[5]

d.    The Plan Administrator shall be selected by the Committee, in consultation with the Debtors and Taco Bueno.[6]

8.    The Confirmation Order further provides that "[t]he Plan Administrator shall have all the rights and powers to implement the provisions of the Plan pertaining to the Plan Administrator."[7]

9.    The Committee, in consultation with the Debtors and Taco Bueno, selected Province, Inc., to serve as Plan Administrator.

10.    The Effective Date for the Confirmed Plan occurred on December 31, 2018. Accordingly, Province, Inc. became Plan Administrator on that date.[8]

11.    Under the Opt-In Procedures, February 14, 2019 (the "**Opt-In Deadline**") was established as the deadline for any General Unsecured Creditor to submit an Opt-In Form and, if not already filed or if not scheduled as an Allowed Claim, a Proof of Claim Form.[9]

---

[4]  *See* id.

[5]  *See Plan* at Art. IV.P, Art. VI.B.1.(d).

[6]  *See Plan* at Art. I.A.77.

[7]  *Confirmation Order* at 62, ¶ 134.

[8]  *See Notice of (I) Entry of Order Confirming the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization and (II) Occurrence of Effective Date* [Doc 264], filed on January 2, 2019.

[9]  *See Notice of Deadline to Opt-In to Global Settlement*, attached as Ex. B to *Affidavit of Service* [Doc 276], filed on January 10, 2019.

12.     Based on the records provided to the Plan Administrator, the holders of approximately 86 Claims submitted Opt-In Forms by the Opt-In Deadline (the "**Opt-In Claims**"), thereby electing to have those Claims receive distributions from the GUC Cash Pool.

13.     The Plan Administrator filed two separate omnibus claim objections in this case, disputing a total of 59 Opt-In Claims either in whole or in part.  As a result of those objections, the Plan Administrator has obtained the reduction or disallowance of 58 disputed Opt-In Claims, reducing the total amount of Opt-In Claims from \$17,927,359.17 to \$5,857,018.53, or by \$12,070,340.60.[10]  Based on current GUC Cash Pool reserves and anticipated further expenses, the Plan Administrator believes that distributions on account of Allowed Opt-In Claims will be in the range of 11.9% to 12.4% (approximately double the amount originally estimated).

14.     The Claims Report, attached hereto as Exhibit A, details (among other things) the original and final amounts of all Opt-In Claims (including undisputed Opt-In Claims).

## BASIS FOR RELIEF

15.     Section 105(a) of the Bankruptcy Code provides, in pertinent part, that a bankruptcy court may "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions [of the Bankruptcy Code]." 11 U.S.C. § 105(a).

16.     Although the Confirmed Plan does not expressly provide that the Plan Administrator must file a final report or seek approval of the Court to make distributions from the GUC Cash Pool, the Plan Administrator believes it prudent and consistent with general bankruptcy policy to do so.  In particularly, the relief sought by the Plan Administrator is similar to the requirement that Chapter 7

---

[10] *See Plan Administrator's First Omnibus Claim Objection* [Doc. 371]; *Plan Administrator's Second Omnibus Claim Objection* [Doc. 384]; *Amended Order Granting Plan Administrator's First Omnibus Objection to Claims* [Doc 398]; *Order Granting Plan Administrator's Second Omnibus Objection to Claims* [Doc 404]; *Agreed Order on Plan Administrator's Second Omnibus Objection to Claims - Tutt Corners* [Doc 407]; and *Agreed Order on Plan Administrator's Second Omnibus Objection to Claims - PepsiCo* [Doc 408].

trustees file final reports prior to making distributions on account of allowed claims. *See* Bankruptcy Rule 2002(f)(8), Official Bankruptcy Form B 2700.

## NOTICE

17.     Notice of this Motion has been given to (i) the U.S. Trustee; (ii) all parties requesting notices in these cases pursuant to Bankruptcy Rule 2002, and (iii) the holders of all Opt-In Claims.

## REQUEST FOR RELIEF

Accordingly, for the forgoing reasons, Province, Inc., in its capacity as Plan Administrator, requests that the Court enter the attached form of order approving the Claims Report and authorizing the Plan Administrator to make distributions from the GUC Cash Pool in accordance with that report, and that it grant the Plan Administrator any and all other relief to which it may be entitled.

Dated: November 18, 2019

Respectfully submitted,

 /s/ *Mark H. Ralston*
Mark H. Ralston
State Bar No. 16489460
Fishman Jackson Ronquillo PLLC
13155 Noel Road, Suite 700
Dallas, TX 75240
Telephone: (972) 419-5544
Facsimile: (972) 419-5501
E-mail: mralston@fjrpllc.com

**COUNSEL FOR PROVINCE, INC.,**
**PLAN ADMINISTRATOR**

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 18th day of November, 2019, a true and correct copy of the foregoing document was served through the ECF filing system on counsel for the Debtors, and all parties who have entered their appearance electronically or which are otherwise receiving notice in this Bankruptcy Case through the Bankruptcy Court's ECF system or through the Debtors' noticing agent, Prime Clerk, LLC, and by First Class U.S. Mail on the parties listed on the attached service list.

 /s/ *Mark Ralston*
Mark Ralston

Taco Bueno Restaurants, Inc.

Case # 18-33678

| Schedule Number | Claim Number | Name | Asserted General Unsecured Claim Amount | MODIFIED General Unsecured Claim Amount | Objection Name |
|---|---|---|---|---|---|
| | 134 | 13546 South Blackbob, LLC | $137,984.04 | $137,984.04 | No Objection |
| 855090 | | 2H REFRIGERATION | $8,323.00 | $0.00 | Second Omnibus Objection Docket Order 404 |
| | 97 | 2-H Refrigeration | $21,810.00 | $21,810.00 | No Objection |
| 855094 | | A&A ACTIVE BACKFLOW LLC | $1,870.85 | $1,870.85 | No Objection |
| 855096 | | A-1 LOCKSMITH | $9,027.28 | $9,027.28 | No Objection |
| 855123 | | AIR GAS USA | $187.62 | $0.00 | Second Omnibus Objection Docket Order 404 |
| | 159 | Airgas USA, LLC | $187.62 | $187.62 | No Objection |
| | 116 | Alta Loma Productions LLC | $130,144.33 | $130,144.33 | No Objection |
| | 214 | ARC CAFEHLD001, LLC | $42,231.24 | $0.00 | First Omnibus Objection Docket Order 394 |
| | 123 | ARC CAFEHLD001, LLC | $170,111.41 | $0.00 | First Omnibus Objection Docket Order 394 |
| | 122 | ARC CAFEHLD001, LLC | $170,111.41 | $170,111.41 | No Objection |
| | 211 | ARC CAFEHLD001, LLC | $42,231.24 | $42,231.24 | No Objection |
| 855145 | | AUTOMATIC FIRE CONTROL INC | $5,202.18 | $0.00 | Second Omnibus Objection Docket Order 404 |
| | 92 | AUTOMATIC FIRE CONTROL, INC. | $5,880.45 | $5,880.45 | No Objection |
| 855147 | 212 | BIG COUNT REFRIGERATION SERV. | $9,374.30 | $9,374.30 | No Objection |
| | 188 | Bimbo Bakeries USA | $828.20 | $0.00 | First Omnibus Objection Docket Order 394 |
| | 232 | Binswanger Enterprises, LLC d/b/a Binswanger Glass | $15,017.30 | $15,017.30 | No Objection |
| | 106 | Binswanger Enterprises, LLC d/b/a Binswanger Glass | $16,319.11 | $0.00 | First Omnibus Objection Docket Order 394 |
| 855149 | | BINSWANGER GLASS | $8,694.92 | $0.00 | Second Omnibus Objection Docket Order 404 |
| | 42 | CAMO CONTRACTING | $37,488.22 | $37,488.22 | No Objection |
| 855160 | | CAMO CONTRACTING | $15,990.38 | $0.00 | Second Omnibus Objection Docket Order 404 |
| 854655 | 157 | CARTER COUNTY TREASURER | | | Second Omnibus Objection Docket Order 404 |
| 855162 | 169 | CARY SERVICES | $2,446.90 | $2,446.90 | No Objection |
| | 111 | CENTERPOINT ENERGY | $1,407.67 | $1,407.67 | No Objection |
| 854663 | | CENTERPOINT ENERGY | $638.74 | $0.00 | Second Omnibus Objection Docket Order 404 |
| | 113 | Chisholm Trail Development, LLC | $20,528.89 | $20,528.89 | No Objection |
| 854669 | 241 | Chymiak Investments KS, LLC | $6,418.50 | $6,418.50 | No Objection |
| | 223 | CITY OF AMARILLO | $498.05 | $498.05 | No Objection |
| 854674 | | CITY OF AMARILLO | $597.04 | $0.00 | Second Omnibus Objection Docket Order 404 |
| 854677 | | CITY OF BROWNWOOD | $951.28 | $0.00 | Second Omnibus Objection Docket Order 404 |
| | 109 | City of Brownwood, Texas | $1,780.39 | $1,780.39 | No Objection |
| 854689 | 182 | CITY OF MOORE | $2,727.33 | $2,727.33 | No Objection |
| | 226 | City of Tulsa | $12,549.26 | $12,549.26 | No Objection |
| 854696 | | CITY OF TULSA UTILITIES SERVICES | $4,142.91 | $0.00 | Second Omnibus Objection Docket Order 404 |
| 854700 | 161 | CITY OF YUKON UTILITY BILLING DEPT. | $1,755.71 | $1,755.71 | No Objection |
| | 236 | Coit/Legacy Limited Partnership | $133,590.37 | $133,590.37 | No Objection |
| 855174 | | COMPLETE MAINTENANCE | $5,210.23 | $5,210.23 | No Objection |
| | 52 | Complete Maintenance Solutions DBA (Bret Wooten LLC) | | | Second Omnibus Objection Docket Order 404 |
| | 220 | CoServ Electric | $2,082.97 | $2,082.97 | No Objection |

|  | 216 | CoServ Electric | $1,846.01 | $1,846.01 | No Objection |
|---|---|---|---|---|---|
|  | 221 | CoServ Electric | $1,469.90 | $1,469.90 | No Objection |
|  | 217 | CoServ Gas | $798.63 | $798.63 | No Objection |
| 855178 |  | COSERV GAS | $524.05 | $0.00 | Second Omnibus Objection Docket Order 404 |
|  | 207 | Crystal Lake Partners, Inc. | $96,447.62 | $96,447.62 | No Objection |
|  | 207 | Cumulus Media Inc. and subsidiaries | $5,298.20 | $5,298.20 | No Objection |
| 854945 |  | CURTIS RESPO | $29,003.66 | $0.00 | Second Omnibus Objection Docket Order 404 |
|  | 98 | Curtis Restaurant Supply | $32,575.46 | $32,575.46 | No Objection |
|  | 86 | David F. Hokanson, Jr. and Nikki S.C. Hokanson | $1,251,593.66 | $242,665.71 | Second Omnibus Objection Docket Order 404 |
|  | 76 | Davidson Freedle Espenhover & Overby, P.C. | $11,000.00 | $11,000.00 | No Objection |
| 854950 |  | DAVIDSON, FREEDLE, ESPENHOVER & OVERBY, | $11,000.00 | $0.00 | Second Omnibus Objection Docket Order 404 |
| 854959 |  | DIESEL DISPLAYS LLC | $10,697.43 | $0.00 | Second Omnibus Objection Docket Order 404 |
|  | 89 | Diesel Displays, LLC | $79,467.00 | $79,467.00 | Second Omnibus Objection Docket Order 404 |
|  | 153 | Dr Pepper/Seven Up, Inc. | $168,330.15 | $0.00 | Second Omnibus Objection Docket Order 404 |
| 854962 |  | ECOLAB INC ECOSURE | $11,875.00 | $0.00 | Second Omnibus Objection Docket Order 404 |
|  | 237 | Ecolab Inc. | $73,043.28 | $73,043.28 | Second Omnibus Objection Docket Order 404 |
| 854963 |  | ECOLAB PEST ELIMINATION | $45,146.55 | $0.00 | Second Omnibus Objection Docket Order 404 |
| 854964 |  | ECOLAB, INC. | $169.22 | $0.00 | Second Omnibus Objection Docket Order 404 |
| 854968 |  | FACEBOOK INC. | $25,709.72 | $0.00 | Second Omnibus Objection Docket Order 404 |
|  | 100 | Facebook, Inc. | $39,996.68 | $39,996.68 | No Objection |
| 854969 |  | FACILITEC SOUTHWEST | $11,519.75 | $11,519.75 | No Objection |
|  | 69 | Facilitec Southwest dba HoodSpecialist |  |  | Second Omnibus Objection Docket Order 404 |
|  | 33 | FIX SYSTEMS | $24,880.87 | $24,880.87 | No Objection |
| 854972 |  | FIX SYSTEMS 908 AUDELIA | $24,880.87 | $0.00 | Second Omnibus Objection Docket Order 404 |
|  | 85 | Hix Corporation | $4,381.74 | $4,381.74 | No Objection |
| 854993 |  | Hix Corporation | $4,202.09 | $0.00 | Second Omnibus Objection Docket Order 404 |
| 854997 |  | HUDSON ENERGY SERVICES | $58,872.37 | $58,872.37 | No Objection |
|  | 296 | Hudson Energy Services, LLC |  |  | Second Omnibus Objection Docket Order 404 |
| 855003 |  | INK LINK MARKETING LLC | $31,336.25 | $31,336.25 | No Objection |
|  | 99 | IPFS Corporation | $4,001.08 | $4,001.08 | No Objection |
| 855027 |  | LAHMER AIR CONDITIONING & HEATING | $31,733.38 | $0.00 | Second Omnibus Objection Docket Order 404 |
|  | 28 | Lahmer Air Conditioning & Heating Service | $31,733.38 | $31,733.38 | No Objection |
|  | 231 | Lanni, John Michael and Margaret Ellen | $2,574,139.00 | $0.00 | First Omnibus Objection Docket Order 394 |
|  | 233 | Lanni, John Michael and Margaret Ellen | $355,899.22 | $355,899.22 | No Objection |
|  | 247 | Lanni, John Michael and Margaret Ellen | $2,591,982.90 | $0.00 | Second Omnibus Objection Docket Order 404 |
| 855028 |  | LARK STEWART DBA EVALUATE THE PLATE | $4,676.40 | $4,676.40 | No Objection |
|  | 198 | Level Lea Farm, a corporation | $160,325.00 | $160,325.00 | Second Omnibus Objection Docket Order 404 |
|  | 155 | Martin Brothers Property Management, L.L.C | $9,754.00 | $9,754.00 | No Objection |
|  | 202 | Martin Brothers Property Management, L.L.C. | $45,000.00 | $45,000.00 | No Objection |
| 855106 |  | MIRUS INFORMATION TECHNOLOGY SERVICE | $4,704.00 | $4,704.00 | No Objection |
| 855108 | 151 | MJJS, LLC | $8,369.17 | $8,369.17 | No Objection |
|  | 105 | National Retail Properties, LP |  | $0.00 | First Omnibus Objection Docket Order 394 |
|  | 181 | National Retail Properties, LP | $694,611.31 | $0.00 | First Omnibus Objection Docket Order 394 |
|  | 183 | National Retail Properties, LP | $694,611.31 | $694,611.31 | Second Omnibus Objection Docket Order 404 |

| | | | | | |
|---|---|---|---|---|---|
| 855186 | 251 | Oklahoma Gas and Electric Services | $46,148.54 | $46,148.54 | No Objection |
| | 150 | PASQUALETTI, FRANK, SR. AND PATRICIA | | | Second Omnibus Objection Docket Order 404 |
| | 158 | PepsiCo Sales, Inc. | $77,969.23 | $0.00 | First Omnibus Objection Docket Order 394 |
| | 239 | PepsiCo Sales, Inc. | $1,558,123.15 | $1,000,000.00 | No Objection |
| 855195 | | PEPSI-COLA | $251.00 | $251.00 | No Objection |
| 855199 | 204 | Place 38 Lawton, LLC | $17,600.00 | $17,600.00 | No Objection |
| 855203 | | PRO AIR INC. | $6,013.82 | $0.00 | Second Omnibus Objection Docket Order 404 |
| | 50 | Pro Air, Inc. | $8,039.05 | $0.00 | First Omnibus Objection Docket Order 394 |
| | 180 | Pro Air, Inc. | $8,039.05 | $8,039.05 | No Objection |
| | 144 | RITA NEVILLE LANDWEHR | $70,071.32 | $70,071.32 | No Objection |
| | 102 | Simon Roofing and Sheet Metal Corp | $34,160.09 | $0.00 | First Omnibus Objection Docket Order 394 |
| | 189 | Simon Roofing and Sheet Metal Corp | $24,691.82 | $24,691.82 | No Objection |
| 854709 | | SIMON ROOFING AND SHEET METAL CORP. | $12,169.45 | $0.00 | Second Omnibus Objection Docket Order 404 |
| | 240 | SOMERSET CAPITAL GROUP, LTD. | $115,844.46 | $0.00 | First Omnibus Objection Docket Order 394 |
| | 48 | SS COMMERCIAL BUILDERS LLC | $39,219.51 | $39,219.51 | No Objection |
| 854717 | | SS COMMERCIAL BUILDERS LLC | $4,221.51 | $0.00 | Second Omnibus Objection Docket Order 404 |
| | 160 | Thomas Goodner Estate and Fallis A. Beall, dba Elk Plaza Shopping Center | $1,488,260.00 | $236,439.00 | Second Omnibus Objection Docket Order 404 |
| 854779 | | TM ADVERTISING LP | $218,653.05 | $218,653.05 | No Objection |
| 854851 | | TRANSOURCE | $2,924.67 | $2,924.67 | No Objection |
| | 235 | TSCA-230, LLC | $121,192.24 | $121,192.24 | No Objection |
| | 37 | Tutt Corners, L.P. | $355,463.50 | $0.00 | First Omnibus Objection Docket Order 394 |
| | 80 | Tutt Corners, L.P. | $355,463.50 | $355,463.50 | No Objection |
| | 77 | Tutt Corners, L.P. | $2,280,974.99 | $177,731.75 | No Objection |
| 854857 | | UPLAND SOFTWARE INC. | $13,431.60 | $0.00 | Second Omnibus Objection Docket Order 404 |
| | 88 | Upland Software, Inc. | $13,431.60 | $0.00 | First Amended Omnibus Objection Docket Order 398 |
| | 276 | Upland Software, Inc. | $40,617.82 | $40,617.82 | No Objection |
| 854860 | | VALUATION RESEARCH CORPORATION | $5,000.00 | $5,000.00 | No Objection |
| 854861 | | VELMER HEA | $7,633.88 | $0.00 | Second Omnibus Objection Docket Order 404 |
| | 84 | Velmer Heating-Air Conditioning, Inc. | $7,264.73 | $7,264.73 | Second Omnibus Objection Docket Order 404 |
| | 201 | Vera Cruz Properties, LP | $123,961.61 | $123,961.61 | Second Omnibus Objection Docket Order 404 |
| | 112 | Wachs Capital Limited Partnership | $103,328.83 | $103,328.83 | No Objection |
| | 115 | WALKER PARTNERS LLC | $1,623.75 | $1,623.75 | No Objection |
| 854863 | | WALKER PARTNERS LLC | $1,623.75 | $0.00 | Second Omnibus Objection Docket Order 404 |
| 854866 | 218 | Weber Vista, L.P. | $450,000.00 | $450,000.00 | No Objection |
| | | **TOTAL** | $17,927,359.17 | $5,857,018.53 | |

EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | **CASE NO 18-33678** |
| | § | |
| **TACO BUENO RESTAURANTS,** | § | |
| **INC., et al.,** | § | **Chapter 11** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |

**ORDER GRANTING PLAN ADMINISTRATOR'S MOTION TO APPROVE
CLAIMS REPORT AND AUTHORIZE RELATED DISTRIBUTIONS**

Came on for consideration the *Plan Administrator's Motion to Approve Claims Report and Authorize Related Distribtuions* [Doc ____] (the "**Motion**"), filed by Province, Inc., in its capacity as Plan Administrator (the "**Plan Administrator**") under the *Amended Joint Prepackaged Chapter 11 Plan of Reorganization* [Doc 219] (the "**Plan**"), as confirmed this Court in its *Findings of Fact, Conclusions of Law, and Order (I) Approving the Debtors'*

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: CBI Restaurants, Inc. (3490); Taco Bueno Equipment Company (0677); Taco Bueno Franchise Company L.P. (2397); Taco Bueno Restaurants, Inc. (8214); Taco Bueno Restaurants L.P. (6189); Taco Bueno West, Inc. (6200); TB Corp. (8535); TB Holdings II, Inc. (7703); TB Holdings II Parent, Inc. (3347); and TB Kansas LLC (6158).

*Plan of Reorganization* [Doc 242] (the "**Confirmation Order**"). Finding that due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby[2]

**ORDERED THAT:**

The Motion is granted as set forth herein.

1.      The Claims Report is hereby approved.

2.      The Plan Administrator is authorized and directed to make distributions from the GUC Cash Pool in accordance with the Claims Report, the Plan and the Confirmation Order.

3.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4.      This Court shall retain jurisdiction to hear and determine all matters arising from the interpretation and/or implementation of this Order.

**IT IS SO ORDERED**.

### END OF ORDER ###

---

[2] All capitalized terms not otherwise defined herein shall have the same meaning as defined and used in the Motion.

ADP, INC.
ATTN: DENNIS WEST
P. O. BOX 842875
BOSTON, MA 02284-2875

ADP, INC.
ATTN: PRESIDENT OR GENERAL
COUNSEL
ONE ADP BOULEVARD
ROSELAND, NJ 07068

AKERMAN LLP
ATTN: JOHN E. MITCHELL, SCOTT D.
LAWRENCE
2001 ROSS AVENUE, SUITE 3600
DALLAS, TX 75201

AMERICAN REALTY CAPITAL OPERATING
PARTNERSHIP IV, LP
ATTN: DEBRA MARCH & DEBBIE HESTER
2325 E CAMELBACK ROAD SUITE 1100
PHOENIX, AZ 85016

BRACKETT & ELLIS, P. C.
ATTN: JERROD LEE RINEHART
100 MAIN STREET
FORT WORTH, TX 76102-3090

BRIGHTVIEW ENTERPRISE
SOLUTIONS LLCATTN: BLAKE
TRUMAN
6530 W CAMPUS OVAL, SUITE 300
NEW ALBANY, OH 43054

BUCHALTER, A PROF. CORP.
ATTN: JEANNIE KIM, ATTN: SHAWN
M. CHRISTIANSON, ESQ.
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105-3493

CANTEY HANGER LLP
ATTN: J. MACHIR STULL
1999 BRYAN STREET
SUITE 3300
DALLAS, TX 75201

CITY OF DALLAS TEXAS
ATTN: MARK BAGGETT
1500 MARILLA
7BN DALLAS CITY HALL
DALLAS, TX 75201

CITY OF FORT WORTH
ATTN: STEPHEN A. CUMBIE
200 TEXAS STREET
FORT WORTH, TX 76102

CLARK HILL STRASBURGER
ATTN: ROBERT P. FRANKE, ANDREW G.
EDSON, AUDREY L. HORNISHER
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202-3794

CONLEY ROSENBERG & MENENDEZ
LLPATTN: PHILLIP J. CONLEY, JAY M.
ROSENBERG
5080 SPECTRUM DRIVE, SUITE 850 E
ADDISON, TX 75001

CROWE & DUNLEVY, P. C.
ATTN: CHRISTOPHER M. STAINE
1919 MCKINNEY AVENUE, SUITE 100
DALLAS, TX 75201

DELOITTE TAX LLP
ATTN: CHASE BERG
P O BOX 844708
DALLAS, TX 75284-4708

DELOITTE TAX LLP
ATTN: PRESIDENT OR GENERAL
COUNSEL2200 ROSS AVENUE
SUITE 1600
DALLAS, TX 75201

ECOLAB PEST ELIMINATION
ATTN: PRESIDENT OR GENERAL
COUNSEL26252 NETWORK PLACE
CHICAGO, IL 60673-1262

ENVIRONMENTAL PROTECTION
AGENCY
ATTN: BANKRUPTCY DIVISION
1445 ROSS AVENUE, SUITE 1200
DALLAS, TX 75202

EXPERT REPAIR LLC
ATTN: MIKE FARMER
4700 N HIATUS ROAD, SUITE 154
SUNRISE, FL 33351

FERGUSON & ASSOCIATES, LLC
ATTN: JAMES NATHAN RICHARDS
62 MAIN STREET, SUITE 310
COLLEYVILLE, TX 76034

FULLER TUBB & BICKFORD, PLLC
ATTN: MICHAEL A. BICKFORD
201 ROBERT S. KERR AVENUE
SUITE 1000
OKLAHOMA CITY, OK 73102

GOLDEN TREE RESTAURANTS, LLC
ATTN: MICHAEL PARMERLEE
1131 ROCKINGHAM DRIVE, #250
RICHARDSON, TX 75080

GORDON & SYKES, LLP
ATTN: JAMES C. GORDON
1320 S. UNIVERSITY DRIVE, SUITE 806
FORT WORTH, TX 76107

HAYNES AND BOONE
ATTN: PRESIDENT OR GENERAL
COUNSEL, ATTN: TOM D. HARRIS,
CHERRIE CITRO
2323 VICTORY AVENUE, SUITE 700
DALLAS, TX 75219

HAYNES AND BOONE
ATTN: ROB LAUER
P. O. BOX 841399
DALLAS, TX 75284-1399

HUDSON ENERGY SERVICES
ATTN: PRESIDENT OR GENERAL
COUNSEL
P O BOX 731137
DALLAS, TX 75373-1137

HUDSON ENERGY SERVICES
ATTN: PRESIDENT OR GENERAL
COUNSEL
PO BOX 142109
IRVING, NY 75014-2109

ICON INTERNATIONAL, INC.
ATTN: JEAN LOUIS
75 REMITTANCE DRIVE
DEPT 1487
CHICAGO, IL 60675-1487

ICON INTERNATIONAL, INC
ATTN: PRESIDENT OR GENERAL
COUNSEL
ONE EAST WEAVER STREET
GREENWICH, CT 06831

INK LINK MARKETING LLC
ATTN: K. MILLER
7950 NW 155 STREET, SUITE 108
MIAMI LAKES, FL 33016

INNOVATIVE COMPUTER SERVICE,
LLC
ATTN: RICHARD POGORELC
108 W. MAIN STREET, P. O. BOX 1445
PURCELL, OK 73080

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATION
2970 MARKET STREET
PHILADELPHIA, PA 19104-5016

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JOHN MICHAEL LANNI
ATTN: MICHAEL LANNI
256 EMERALD BAY
LAGUNA BEACH, CA 92651

KESSLER & COLLINS, P.C.
ATTN: RICHARD D. PULLMAN
2100 ROSS AVENUE, SUITE 750
DALLAS, TX 75201

KILPATRICK TOWNSEND & STOCKTON
ATTN: DAVID M. POSNER,
  GIANFRANCO FINIZIO
THE GRACE BUILDING
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-7703

KILPATRICK TOWNSEND &
STOCKTON LLP
ATTN: PATRICK J. CAREW
2001 ROSS AVENUE, SUITE 4400
DALLAS, TX 75201

KOHNER, MANN & KAILAS, S.C.
ATTN: SAMUEL C. WISOTZKEY
WASHINGTON BUILDING
BARNABAS BUSINESS CENTER
4650 N. PORT WASHINGTON ROAD
MILWAUKEE, WI 53212-1059

LAHMER AIR CONDITIONING &
HEATING
ATTN: VICKIE WILLIAMS
4815 RIVER OAKS BLVD
RIVER OAKS, TX 76114

LAW OFFICE OF MARK W. STEIRER
ATTN: MARK W. STEIRER
10330 WHITE ROCK PLACE
DALLAS, TX 75238

LEHIGH HANSON, INC.
ATTN: BRIANNE BRANDLE
300 E JOHN CARPENTER FREEWAY
SUITE 1645
IRVING, TX 75062

LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
ATTN: DIANE W. SANDERS
P.O. BOX. 17428
AUSTIN, TX 78760-7428

LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
ATTN: JOHN P. DILLMAN
PO BOX 3064
HOUSTON, TX 77253-3064

LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
ATTN: LAURIE A. SPINDLER
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS, TX 75207

LUBIN OLSON & NIEWIADOMSKI LLP
ATTN: DENNIS D. MILLER, ESQ.
600 MONTGOMERY STREET
14TH FLOOR
THE TRANSAMERICA PYRAMID
SAN FRANCISCO, CA 94111

MANUEL V. OR NORA B. GUERRERO
ATTN: KENNETH GUERRERO
1334 TOOMEY PLACE
HARBOR CITY, CA 90710

MCCREARY, VESELKA, BRAGG &
ALLEN, P.C.
ATTN: TARA LEDAY
P.O. BOX 1269
ROUND ROCK, TX 78680

MCGUIRE, CRADDOCK &
STROTHER, P.C.
ATTN: J. MARK CHEVALLIER
2501 N. HARWOOD, SUITE 1800
DALLAS, TX 75201

MD MANAGEMENT REAL ESTATE
DEVELOPMENT
ATTN: JAVIER VALESQUEZ
5201 JOHNSON DRIVE, SUITE 100
MISSION, KS 66205

MICROSOFT LICENSING GP
ATTN: MARC NGUYEN
1950 N. STEMMONS FREEWAY
SUITE 5010, LB #842467
DALLAS, TX 75207

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: JOHN T.M. WHITEMAN
P.O. BOX 475
JEFFERSON CITY, MO 65105-0475

MORGAN LEWIS & BOCKIUS LLP
ATTN: DAVID I. MONTEIRO
1717 MAIN STREET, SUITE 3200
DALLAS, TX 75201-7347

MORGAN LEWIS & BOCKIUS LLP
ATTN: LAURA MCCARTHY
ONE FEDERAL STREET, 32ND FLOOR
BOSTON, MA 02110-1726

MORGAN LEWIS & BOCKIUS LLP
ATTN: NEIL E. HERMAN
101 PARK AVENUE
NEW YORK, NY 10178

NATIONAL RETAIL PROPERTIES INC.
ATTN: BROOKE EDGE
450 S ORANGE AVENUE, SUITE 900
ORLANDO, FL 32801

OFFICE OF THE ATTORNEY GENERAL OF
TEXAS
ATTN: RACHEL R. OBALDO
BANKRUPTCY & COLLECTIONS DIVISION
MC 008, P. O. BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE UNITED STATES
TRUSTEE
ATTN: LISA L. LAMBERT
EARLE CABELL FEDERAL BUILDING
1100 COMMERCE STREE, ROOM 976
DALLAS, TX 75242

OKLAHOMA COUNTY TREASURER
ATTN: TAMMY JONES
320 ROBERT S. KERR, ROOM 307
OKLAHOMA CITY, OK 73102

PADFIELD & STOUT, L.L.P.
ATTN: MATTHEW D. GIADROSICH
MARK W. STOUT
421 WEST THIRD STREET, SUITE 910
FORT WORTH, TX 76102

PERDUE, BRANDON, FIELDER, COLLINS
& MOTT, L.L.P.
ATTN: EBONY COBB
500 E. BORDER STREET, SUITE 640
ARLINGTON, TX 76010

PERDUE, BRANDON, FIELDER, COLLINS &
MOTT, L.L.P.
ATTN: JEANMARIE BAER
P.O. BOX 8188
WICHITA FALLS, TX 76307

POLSINELLI PC
ATTN: CHRISTOPHER A. WARD &
BRENNA A. DOLPHIN
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

POLSINELLI PC
ATTN: JAMES H. BILLINGSLEY
2950 N. HARWOOD STREET
SUITE 2100
DALLAS, TX 75201

PRIME CLERK LLC
ATTN: HERB BAER
830 3RD AVENUE, 9TH FLOOR
NEW YORK, NY 10022

SAGENET
ATTN: DALE HIGGANBOTHAM
P O BOX 843553
KANSAS CITY, MO 64184-3553

SAGENET
ATTN: PRESIDENT OR GENERAL
COUNSEL
10205 EAST 61ST STREET
TULSA, OK 74133

SAUL EWING ARNSTEIN & LEHR LLP
ATTN: MARK MINUTI, LUCIAN B. MURLEY
1201 N. MARKET STREET, SUITE 2300
P.O. BOX 1266
WILMINGTON, DE 19899-1266

SCHEEF & STONE
ATTN: BYRON HENRY
2600 NETWORK BLVD., SUITE 400
FRISCO, TX 75034

SCHEEF & STONE
ATTN: PETER C. LEWIS
500 N. AKARD, 27TH FLOOR
DALLAS, TX 75201

SECURITIES & EXCHANGE
COMMISSION
ATTN: BANKRUPTCY DEPARTMENT
100 F ST. NE
WASHINGTON, DC 20549

SECURITIES & EXCHANGE COMMISSION
- FORT WORTH OFFICE
ATTN: BANKRUPTCY DEPARTMENT
BURNETT PLAZA, 801 CHERRY ST.
SUITE 1900, UNIT 18
FORT WORTH, TX 76102

SECURITIES & EXCHANGE
COMMISSION - NY OFFICE
ATTN: BANKRUPTCY DEPARTMENT
BROOKFIELD PLACE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

SPIRIT MASTER FUNDING X, LLC
TABU I ML
ATTN: TRAVIS CARTER
2727 N HARWOOD STREET, SUITE 300
DALLAS, TX 75201

STINSON LEONARD STREET LLP
ATTN: BRUCE E. BAGELMAN
3102 OAK LAWN AVENUE, SUITE 777
DALLAS, TX 75219-4259

TABU PROPERTY II, LLC – ML
ATTN: DAVID LEDY
1370 AVENUE OF THE AMERICAS,
21ST FLOOR
NEW YORK, NY 10019

TABU PROPERTY IV, LLC – ML
ATTN: ROBERT LANG
490 SOUTH HIGHLAND AVE NUE
PITTSBURGH, PA 15206

TACO BUENO RESTAURANTS, INC.
300 EAST JOHN CARPENTER
FREEWAY
SUITE 800
IRVING, TX 75062

TACO SUPREMO
ATTN: TIM COMER
4515 LYNDON B JOHNSON
FREEWAY
DALLAS, TX 75244

TEXAS ATTORNEY GENERAL
CIVIL DIVISION
P.O BOX 12548
AUSTIN, TX 78711-2548

TEXAS SECRETARY OF STATE
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 12079
AUSTIN, TX 78711-2079

TM ADVERTISING LP
ATTN: CORTNEY FLY
3030 OLIVE STREET, #400
DALLAS, TX 75219

TPG GROWTH III MANAGEMENT, LLC
ATTN: PRESIDENT OR GENERAL
COUNSEL
301 COMMERCE STREET, SUITE 3300
FORT WORTH, TX 76102

5466121.1

TRAVIS COUNTY
ATTN: KAY D. BROCK,
  ASSISTANT COUNTY ATTORNEY
P.O. BOX 1748
AUSTIN, TX  78767

US ATTORNEY FOR NORTHERN
DISTRICT OF TEXAS
EARLE CABELL FEDERAL BUILDING
1100 COMMERCE STREET, ROOM 1254
DALLAS, TX  75242

VALASSIS
ATTN: MELISSA PEMBROKE
P. O. BOX 3245
BOSTON, MA  02241-3245

VALASSIS
ATTN: PRESIDENT OR GENERAL
COUNSEL
19975 VICTOR PARKWAY
LIVONIA, MI  48152

VINSON & ELKINS (DALLAS)
ATTN: PAUL E. HEATH, GARRICK C.
SMITH, MATTHEW J. PYEATT, ANDREW
J. GEPPERT
TRAMMELL CROW CENTER,
2001 ROSS AVENUE, SUITE 3900
DALLAS, TX  75201

VINSON & ELKINS (NEW YORK)
ATTN: DAVID S. MEYER,
  JESSICA C. PEET
666 FIFTH AVENUE,  26TH FLOOR
NEW YORK, NY  10103-0040

WEBER VISTA, LP
ATTN: GREG FRANTZ
16000 DALLAS PARKWAY, #300
DALLAS, TX  75248

WILLIAM J. SCHULTE JR.
ATTN: WILLIAM SCHULTE
P O BOX 631
EL RENO, OK  73036

W-LD LEGENDS OWNER VII LLC
ATTN: HEATHER TROWER
P.O. BOX 505333
ST. LOUIS, MO  63150

W-LD LEGENDS OWNER VII LLC
ATTN: PRESIDENT OR GENERAL
  COUNSEL
1843 VILLAGE W. PKWY.,  SUITE C127
KANSAS CITY, KS  66111

XPIENT
ATTN: JAMES HARRISON
3420 TORINGDON WAY, SUITE 400
CHARLOTTE, NC  28277

ARC CAFEUSA001, LLC
C/O KUTAK ROCK, LLP
ATTN: LISA M. PETERS, ESQ.
1650 FARNAM STREET
OMAHA, NE 68102

NATIONAL RETAIL PROPERTIES, INC.
C/O CHRISTOPHER TESSITORE, ESQ.
450 S. ORANGE AVENUE
SUITE 900
ORLANDO, FL 32801

PRO AIR, INC.
1800 E. KANSAS CITY ROAD
OLATHE, KS 66061

ARC CAFEUSA001, LLC
C/O KUTAK ROCK, LLP
ATTN: LISA M. PETERS, ESQ.
1650 FARNAM STREET
OMAHA, NE 68102

NATIONAL RETAIL PROPERTIES, INC.
C/O CHRISTOPHER TESSITORE, ESQ.
450 S. ORANGE AVENUE
SUITE 900
ORLANDO, FL 32801

PRO AIR, INC.
1800 E. KANSAS CITY ROAD
OLATHE, KS 66061

BINSWANGER ENTERPRISES, LLC
D/B/A BINSWANGER GLASS
965 RIDGE LAKE BOULEVARD
SUITE 305
MEMPHIS, TN 38120

JOHN MICHAEL AND MARGARET   LANNI
C/O JEANNIE KIM, ESQ.
BUCHALTER
55 2ND STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105

UPLAND SOFTWARE, INC.
ATTN: STEPHANIE DEADMON
401 CONGRESS AVE., STE. 1850
AUSTIN, TX 78701

PEPSICO SALES, INC.
C/O JOSEPH D. FRANK,
  FRANKGECKER LLP
1327 W. WASHINGTON BLVD.
SUITE 5-G-H
CHICAGO, IL 60607

SIMON ROOFING AND SHEET
  METAL CORP.
70 KARAGO AVENUE
YOUNGSTOWN, OH 44512

TUTT CORNERS, L.P.
C/O MURRAY I WEINTER
MULLIKEN WEINER ET. AL
102 SOUTH TEJON STREET, SUITE 900
COLORADO SPRINGS, CO 80903

SOMERSET CAPITAL GROUP, LTD.
612 WHEELERS FARMS ROAD
MILFORD, CT 06461

BIMBO BAKERIES USA
ATTN; TANISHA FALANA
255 BUSINESS CENTER DRIVE
HORSHAM, PA 19044

13546 SOUTH BLACKBOB LLC
C/O DENNIS D. MILLER
LUBIN OLSON & NIEWIADOMSKI
600 MONTGOMERY STREET, 14TH FL
SAN FRANCISCO, CO 94111

AIRGAS USA, LLC
110 WEST 7TH STREET
SUITE 1300
TULSA, OK 75119

ALTA LOMA PRODUCTIONS LLC
1545 S HARBOR BOULEVARD
#168
FULLERTON, CA 92832

ARC CAFEUSA001, LLC
C/O KUTAK ROCK LLP
ATTN: LISA M. PETERS, ESQ.
1650 FARNAM STREET
OMAHA, NE 68102

AUTOMATIC FIRE CONTROL, INC.
1708 S.E. 22ND STREET
OKLAHOMA CITY, OK 73129

BIG COUNT REGRIGERATION SVC.
1349 TRACY LYNN DRIVE
ABILENE, TX 79601

BINSWANGER ENTERPRISES, LLC
ATTN: MATTHEW HUNT
965 RIDGE LAKE BOULEVARD
SUITE 305
MEMPHIS, TN 38120

CAMO CONTRACTING
ATTN: TREY MERRITT
416 S. BUTLER
KANSAS CITY, TX 78118

CARY SERVICES
P. O. BOX 5101
ABILENE, TX 79608

CENTERPOINT ENERGY
P. O. BOX 1700
HOUSTON, TX 77251

CHISHOLM TRAIL DEVELOPMENT
C/O EUGENE BERTMAN
219 E. MAIN STREET
NORMAN, OK 73069

CITY OF AMARILLO
C/O LESLIE SPEAR SCHMIDT
601 S. BUCHANAN
AMARILLO, TX 79105

CITY OF BROWNWOOD, TX
C/O WILLIAM P. CHESSER
P. O. BOX 1389
BROWNWOOD, TX 76804-1389

CITY OF MOORE
P. O. BOX 6830
MOORE, OK 73153-0830

CITY OF TULSA
ATTN: JEFF M. STEPHENS
175 E. 2ND STREET
SUITE 685
TULSA, OK 74103

CITY OF YUKON UTILITY
UTILITY BILLING DEPARTMENT
P. O. BOX 850500
YUKON, OK 73085

COIT/LEGACY LIMITED PTNSHP.
QUINE & ASSOCIATES, INC.
C/O THOMAS BERGHMAN
MUNCH HARDT KOPF & HARR
500 N. AKARD STREET, SUITE 3800
DALLAS, TX 75201

COSERV ELECTRIC
7701 S. STEMMONS FREEWAY
CORINTH, TX 76210

CUMULUS MEDIA INC.
C/O SALLIE KIMBROUGH
3280 PEACHTREE ROAD, SUITE 2200
ATLANTA, GA 30305

CURTIS RESTAURANT SUPPLY
ATTN: DENISE HILLIN
6577 EAST 40TH STREET
TULSA, OK 74145

DAVIDSON FREEDLE ESPENHOVER
222 SIDNEY BAKER SOUTH
#635
KERRVILLE, TX 78028

ECOLAB INC.
C/O KOHNER, MANN & HAILAS S.C.
4650 N. PORT WASHINGTON ROAD
MILWAUKEE, WI 53212

FACEBOOK, INC.
C/O DAVID M. SEREPCA
MCMAHON SEREPCA LLP
985 INDUSTRIAL ROAD, SUITE 201
SAN CARLOS, CA 94070

FIX SYSTEMS
908 AUDELIA ROAD
#200-126
RICHARDSON, TX 75081

HIX CORPORATION
1201 E. 27TH TERRACE
PITTSBURG, KS 66762

IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 501
JERSEY CITY, NJ 07302

LAHMER AC AND HEATING SERVICE
4815 RIVER OAKS BOULEVARD
RIVER OAKS, TX 76114

JOHN MICHAEL AND
MARGARET LANNI
C/O JEANNIE KIM, ESQ.
BUCHALTER
55 SECOND STREET
SAN FRANCISO, CA 94105

MJJS, LLC
12006 SLIDE ROAD
LUBBOCK, TX 79424

PLACE 38 LAWTON, LLC
1701 NW CACHE ROAD
LAWTON, OK 73507

SIMON ROOFING AND SHEET METAL
70 KARAGO AVENUE
YOUNGSTOWN, OH 44512

TUTT CORNERS, L.P.
C/O MURRAY I. WEINER
MULLIKEN WEINER BERG ET AL.
102 SOUTH TEJON STREET, SUITE 900
COLORADO SPRINGS, CO 80903

VERA CRUZ PROPERTIES, LP
C/O JERROD L. RINEHART
100 MAIN STREET, FOURTH FLOOR
FORT WORTH, TX 76102

2-H REGRIGERATION
P. O. BOX 758
CLEVELAND, OH 74020

DR. PEPPER/SEVEN UP, INC.
KEURIG DR. PEPPER
ATTN: TERRI WADSWORTH
5301 LEGACY DRIVE
PLANO, TX 75024

WEBER VISTA, L.P.
16000 DALLAS PARKWAY
SUITE 300
DALLAS, TX 75248

LEVEL LEA FARM
C/O LAWRENCE A. JACOBSON
LAW OFFICES OF COHEN AND
JACOBSON, LLP
66 BOVET ROAD, SUITE 285
SAN MATEO, CA 94402

NATIONAL RETAIL PROPERTIES
ATTN: CHRISTOPHER TESSITORE
450 S. ORANGE AVENUE
SUITE 900
ORLANDO, FL 32801

PRO AIR, INC.
1800 E. KANSAS CITY ROAD
OLATHE, KS 66061

SS COMMERCIAL BUILDERS LLC
8101 BOAT CLUB ROAD
SUITE 240
FORT WORTH, TX 76179

UPLAND SOFTWARE, INC.
ATTN: STEPHANIE DEADMAN
401 CONGRESS AVENUE
SUITE 1850
AUSTIN, TX 78701

WACHS CAPITAL LP
LEDGER SQUARE LAW, P.S.
ATTN: JASON M. WHALEN
710 MARKET STREET
TACOMA, WA 98402

DIESEL DISPLAYS, LLC
2941 COMMORDORE DRIVE
CARROLLTON, TX 75007

DAVID F. AND NIKKI S.C. HOKANSON
C/O JUSTICE B. KING
FISHER PATTERSON ET AL.
3550 SW 5TH STREET
TOPEKA, KS 66606

CHYMIAK INVESTMENTS KS, LLC
3550 SW 5TH STREET
TOPEKA, KS 66606-1910

MARTIN BROS. PROPERTY
MANAGEMENT, LLC
C/O WILLIAM RILEY NIX
717 N. CROCKETT STREET
SHERMAN, TX 75090

OKLAHOMA GAS AND ELECTRIC
P. O. BOX 321
M223
OKLAHOMA CITY, OK 73101

RITA NEVILLE LANDWEHR
C/O CLARK R. NELSON
260 N. ROCK ROAD
SUITE 130
WICHITA, KS 67206

TSCA-230, LLC
QUINE & ASSOCIATES, INC.
C/O THOMAS BERGHMAN
MUNCH HARDT KOPF & HARR
500 N. AKARD STREET, SUITE 3800
DALLAS, TX 75201

VELMER HEATING-AC, INC.
ATTN: RICHARD PEREZ
P. O. BOX 177530
IRVING, TX 750177530

WALKER PARTNERS LLC
ATTN: VICKEY SMITH
823 WASHINGTON AVEUNE
SUITE 100
WACO, TX 76701

PEPSICO SALES, INC.
C/O JOSEPH D. FRANK
FRANKGECKER LLP
1327 W. WASHINGTON BOULEVARD
SUITE 5-G-H
CHICAGO, IL 60607

SOMERSET CAPITAL GROUP, LTD.
612 WHEELERS FARMS ROAD
MILFORD, CT 06461

THOMAS GOODNER ESTATE
C/O MICHAEL A. BICKFORD
201 ROBERT S. KERR AVENUE
SUITE 1000
OKLAHOMA CITY, OK 73102

CRYSTAL LAKE PARTNERS, INC.
LIND LAW FIRM
400 OHIO STREET
TERRE HAUTE, IN 47807

CARTER COUNTY TREASURER
25A STREET NW
SUITE 105
ARDMORE, OK 73401

COMPLETE MAINTENANCE
  SOLUTIONS
1079 W. ROUND GROVE ROAD
SUITE 300-357
LEWISVILLE, TX 75067

HOOD SPECIALIST D/B/A
  FACILITEC SOUTHWEST
2300 COLD SPRINGS ROAD
FORT WORTH, TX 76106

HUDSON ENERGY SERVICES, LLC
C/O JAY M. ROSENBERG
CONLEY ROSENBERG & MENDEZ
5080 SPECTRUM DRIVE, SUITE 850E
ADDISON, TX 75001

FRANK & PATRICIA PASQUALETTI
2315 KEYSTONE TRAIL
CORTLAN, OH 44410

A & A ACTIVE BACKFLOW
1611 N IH35E, SUITE 410|
CARROLLTON, TX 75006-8616

A-1 LOCKSMITH |DBA A-1
LOCKSMITH
508 HIGHLANDER WAY, STE. 230|
CARROLLTON, TX 75006-2532

DIESEL DISPLAYS LLC
P O BOX 204626
DALLAS, TX 75320-4626

LARK STEWART DBA
  EVALUATE THE PLATE
750 E US HWY 80
SUITE #200-445
FORNEY, TX 75126-8722

SPARTAN
3314 E 51ST ST STE 200-A
TULSA, OK 74135-3527

TRANSOURCE
P O BOX 931898
ATLANTA, GA 31193-1898

VALUATION RESEARCH
  CORPORATION
PO BOX 809061
CHICAGO, IL 60680-9061

TM ADVERTISING
3030 OLIVE STREET, SUITE 400
DALLAS, TX 75219

5466121.1